[6hnstay] [NOTICE OF PRELIMINARY HEARING AND ORDER EXTENDING THE AUTOMATIC STAY]

ORDERED.

Dated: February 17, 2016

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 6:15−bk−10146−KSJ
                                                                                          Chapter 13
Marcus Edward Brown

_____Debtor*_____/

NOTICE OF PRELIMINARY HEARING
AND ORDER EXTENDING THE AUTOMATIC STAY

   A preliminary nonevidentiary hearing will be held before the undersigned Bankruptcy Judge on March 29, 2016 at 01:45 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following:

   Motion to terminate, annul or modify the automatic stay filed by Kenneth W Lockwood , on behalf of WELLS FARGO BANK, N.A. , on February 16, 2016 , and docketed as Document Number 18 .

   The failure of a party or, if represented, that party's counsel to attend the preliminary stay hearing shall constitute that party's abandonment of the motion or consent by failure to oppose, and the Court may enter an appropriate order based on such nonappearance without further notice or hearing.

   The automatic stay imposed by 11 U.S.C. §362 is extended in this matter until the final order is entered on this motion.

   In a Chapter 11 case, the movant shall serve a copy of the motion (if the movant has not already done so) and a copy of this notice and order upon any committee appointed pursuant to 11 U.S.C. §1102 or its attorney, if one has been employed with the approval of the Court. If no committee of unsecured creditors has been appointed pursuant to 11 U.S.C. §1102, service shall be made upon the creditors included in the list filed pursuant to Fed R. Bankr. P. 1007(d); and upon the United States Trustee, Orlando Division. The movant shall then promptly file a certificate of such service with the Court. The movant shall obtain a current mailing matrix from the clerk's office.

   Testimony of witnesses will not be permitted at the preliminary hearing, and motions that cannot be disposed of at the hearing will be set for final evidentiary hearing.

   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The movant's attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.